THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA  (CSB #187176)
Assistant United States Attorney
    Federal Building Suite 7516
    300 North Los Angeles Street
    Los Angeles, California
    Tel. 213 894-6117
    FAX:  213 894-7819
    Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant MICHAEL J. ASTRUE,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY PHILLIPS, | ) EDCV 07-0898 RC |
|     Plaintiff, | ) |
|     v. | ) **JUDGMENT OF REMAND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|     Defendant. | ) |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: January 9, 2008

/s/
ROSALYN M. CHAPMAN
UNITED STATES MAGISTRATE JUDGE

-1-